**E-Filed 1/6/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KIM SULLIVAN, <br>             Plaintiff, <br>     v. <br> I.C. SYSTEMS, INC., <br>             Defendant. | Case Number C 09-4850 JF (RS) <br><br> ORDER REASSIGNING CASE TO MAGISTRATE JUDGE VADAS |

    Pursuant to the consents to proceed before a United States Magistrate Judge filed 11/13/2009 and 12/9/2009, this case is hereby REASSIGNED to Magistrate Judge Nandor J. Vadas for all purposes.

    All matters set before Judge Fogel are VACATED and must be reset before Judge Vadas.

    The Clerk of the Court shall amend the electronic docket to reflect the reassignment as soon as is practicable.

    IT IS SO ORDERED.

DATED: January 6, 2010

                                              JEREMY FOGEL
                                              United States District Judge