UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM SULLIVAN, | No. C 09-4850 NJV |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | [Reassigned Case] |
| I.C. SYSTEMS, INC. | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Nandor J. Vadas for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **March 23, 2010, at 2:00 p.m.,** in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than March 16, 2010. If any party is proceeding without counsel, separate statements may be filed by each party.

All parties should consult and comply with Judge Vadas' Standing Order which can be found on the courts website. All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**NJV**." One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: January 29, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge