1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6                                  EUREKA DIVISION

7

8     SULLIVAN,                                   No. C-09-04850

9                  Plaintiff(s),
                                                  **ORDER**
10         v.

11    I.C. SYSTEMS, INC.,

12                 Defendant(s).
      _____/
13

14         The parties hereto, by their counsel, having advised the Court that they have agreed to a

15    settlement of this cause and that they have filed a stipulation of dismissal with prejudice, IT IS

16    HEREBY ORDERED that this cause be dismissed with prejudice.

17    SO ORDERED:

18    Dated: 6/2/10
                                                  _____
19                                                NANDOR J. VADAS
                                                  United States Magistrate Judge
20

21

22

23

24

25

26

27

28